UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: LaShawnda V Hall

*Debtor(s),*

Chapter 13

Case No.  16-03122

Judge Deborah L. Thorne

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

    The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states his/her appearance on the within captioned matter on behalf of GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him/her at the following address:

> By:  /s/Andrew Nelson
> ARDC #0621660
> Pierce & Associates, P.C.
> 1 N. Dearborn St. Suite 1300
> Chicago, IL 60602
> (312) 346-9088

Dated: March 30, 2016

File No. 175-31133

